IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS F. MOODY,             )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br>WARDEN HEADLEY OF VENTRESS    )<br>CORRECTIONAL FACILITY and     )<br>OFFICER BEAWY,                )<br>                              )<br>     Defendants.            ) | CIVIL ACTION NO.<br>  2:21cv193-MHT<br>       (WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was assaulted by a correctional officer and placed in a cell where he was not allowed to bathe. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of September, 2021.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**