IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
THOMAS F. MOODY,                  )
                                  )
    Plaintiff,                    )
                                  )       CIVIL ACTION NO.
    v.                            )         2:21cv193-MHT
                                  )              (WO)
WARDEN HEADLEY OF VENTRESS        )
CORRECTIONAL FACILITY and         )
OFFICER BEAWY,                    )
                                  )
    Defendants.                   )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 15) is adopted.

(2) This lawsuit is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of September, 2021.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**